IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CV-509-BR

| IREN ALVERSON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| NATIONAL CREDIT SYSTEMS, INC.; | ) |  |
| TRANS UNION LLC; and EXPERIAN | ) |  |
| INFORMATION SOLUTIONS, INC., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

This case comes before the court on motions by plaintiff Iren Alverson ("plaintiff") to modify the scheduling order (D.E. 42) by extending the deadline for mediation and for a status conference (D.E. 43). In her motions, plaintiff advises that a lack of diligence by defendant National Credit Systems, Inc. ("NCS") to retain local counsel has resulted in delays in prosecuting this action. No responses to plaintiff's motions have been filed. Since the time plaintiff filed her motions, Susan Hargrove of the law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., has made an appearance as counsel for NCS. *See* Susan Hargrove Notice of Appear. (D.E. 44).

For good cause shown, plaintiff's motions are ALLOWED. A telephone status conference will be held with the parties on Thursday, 29 November 2018, at 2:30 p.m. At the telephone conference, the court will hear from the parties regarding a new deadline for them to conduct mediation. Counsel shall contact Deputy Clerk Bobbie Horton no later than noon on Wednesday, 28 November 2018, at (919) 645-1774 to make appropriate telephonic arrangements. At the conference, counsel shall be prepared to discuss the need for any further

amendments to the scheduling order, and whether any issues presented in plaintiff's pending motion to compel (D.E. 32) have since been resolved and no longer require court resolution.

SO ORDERED, this 13 day of November 2018.

James E. Gates
United States Magistrate Judge